WILLIAM R. TAMAYO, REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN STANLEY, SUPERVISORY TRIAL ATTORNEY
CARMEN FLORES, SENIOR TRIAL ATTORNEY
MAY CHE, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6919
FAX: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ALLSTAR FITNESS, LLC<br><br>Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

COMPLAINT- Page 1 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and to provide appropriate relief to Anna Patricia Martinez ("Ms. Martinez") who was adversely affected by such practices. The Equal Employment Opportunity Commission alleges that defendant, Allstar Fitness, LLC ("Allstar Fitness"), subjected Ms. Martinez to a hostile work environment because of sex.  The EEOC further alleges that Ms. Martinez was terminated in retaliation for opposing this discrimination.  Plaintiff seeks monetary and injunctive relief, including pecuniary and nonpecuniary compensatory and punitive damages on behalf of Ms. Martinez.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington at Seattle.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the

COMPLAINT- Page 2 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.  At all relevant times, defendant Allstar Fitness has been a corporation continuously doing business in the State of Washington and has continuously had at least 15 employees.

5.  At all relevant times, defendant Allstar Fitness has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, charging party filed a charge with the Commission alleging violations of Title VII by defendant Allstar Fitness.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  From at least October, 2008 through March, 2009, defendant Allstar Fitness has engaged in unlawful employment practices at its West Seattle and Olive Way facilities in Seattle, Washington in violation of § 703(a) of Title VII, 42 U.S.C. § 2000e-2(a) .  The practices include subjecting Ms. Martinez to a hostile work environment because of sex.

8.  On or about and between March 6, 2009 and March 9, 2009, defendant Allstar Fitness engaged in unlawful employment practices at its West Seattle location in violation of § 704(a) of Title VII, 42 U.S.C. §§ 2000e-3(a).   The practices include subjecting Ms. Martinez to retaliatory termination once she protested this discrimination complained of in paragraph 7.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

9.      The practices complained of in paragraphs 7 and 8 by Ms. Martinez were carried out by the Director of Facilities ("Director") at defendant Allstar Fitness.  The Director had hired Ms. Martinez and was the direct supervisor of Ms. Martinez.

10.     The practices complained of in paragraphs 7, 8, and 9 by Ms. Martinez include, but are not limited to, the following: the Director sexually assaulted Ms. Martinez in a machine room at the West Seattle location on several occasions, each time telling her that if she reported the assaults to anyone, he would terminate her employment.  In late February to early March 2009, the Director transferred Ms. Martinez to a different facility on Olive Way in Seattle, Washington where he sexually assaulted her again on several occasions and forced her to perform oral sex. After the sexual assault Ms. Martinez threatened to report him.  The Director terminated Ms. Martinez a few days later on or about March 6, 2009.

11.     Defendant Allstar Fitness did not provide charging party or any other employees with training or policies about sexual harassment and how to report it.

12.     The effect of the practices complained of in paragraph 7 -11 above has been to deprive Ms. Martinez of equal employment opportunities.

13.     The unlawful employment practices complained of in paragraph 7-11 above were intentional.

14.     The unlawful employment practices complained of in paragraph 7-10 above were done with malice or with reckless indifference to the federally protected rights of the charging parties.

## PRAYER FOR RELIEF

**COMPLAINT-** Page 4 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate.

B.  Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order defendant to make whole Ms. Martinez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7-11 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D.  Order defendant to make whole Ms. Martinez by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7-11 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E.  Order defendant to pay Ms. Martinez punitive damages for its malicious and reckless conduct described in paragraph 7-11 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 30th day of June, 2010.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| CARMEN FLORES<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MAY CHE<br>Trial Attorney | |

BY: /s/ *William R. Tamayo*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Seattle District Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104<br>Telephone (206) 220-6919 | Office of the General Counsel<br>131 "M" Street NW, 5th Floor<br>Washington, D.C. 20507 |

Attorneys for Plaintiff

COMPLAINT- Page 6 of 6

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882