1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                    Plaintiff,

          v.

ALLSTAR FITNESS, LLC,

                    Defendant.

CASE NO. C10-1082JLR

ORDER GRANTING MOTION
TO INTERVENE

          This matter comes before the court on Proposed Plaintiff-Intervenor Ana Patricia

Martinez's motion for leave to intervene as a plaintiff, and to file her proposed Complaint

in Intervention.  (Dkt. # 11.)  The court has considered Ms. Martinez's motion, all

submissions filed in support of and opposition to the motion, as well as the pleadings on

file.  For the reasons stated below, the court GRANTS Ms. Martinez's motion to

intervene (Dkt. # 29).

ORDER- 1

1    Pursuant to Federal Rule of Civil Procedure 24(a)(1), Ms. Martinez seeks to

2   intervene in this action filed on her behalf by the Equal Employment Opportunity

3   Commission ("EEOC") and to file her proposed Complaint in Intervention.  Congress has

4   provided Ms. Martinez with a right to intervene in the EEOC's suit.  *See* 42 U.S.C. §

5   2000e-5(f)(1) ("[T]he person or persons aggrieved shall have the right to intervene in a

6   civil action brought by the [EEOC]. . . .").  Ms. Martinez seeks to bring claims for

7   discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §

8   2000e.  (*See* Mot. (Dkt. # 11) at 2.)  Ms. Martinez also asks to court to assert

9   supplemental jurisdiction over her state law claim under Washington's Law Against

10   Discrimination, RCW ch. 49.60.  (*Id.*)

11    Rule 24 requires that motions to intervene be "timely."  Fed. R. Civ. P. 24(a).

12   This action was filed on June 30, 2010.  (*See generally* Compl. (Dkt. # 1).)  The deadline

13   in this matter for joining additional parties is November 22, 2010.  (*See* Sched. Order

14   (Dkt. # 10).)  Ms. Martinez filed her motion to intervene on November 17, 2010, and thus

15   it is timely.  Trial in this matter is set for April 12, 2012 – more than a year away.  (*Id.*)

16   Therefore, the court finds that there will be no prejudice to other parties in permitting Ms.

17   Martinez to intervene at this early point in the lawsuit.

18    The court, therefore, GRANTS Ms. Martinez's motion to intervene (Dkt. # 11),

19   and ORDERS her to file and serve her proposed Complaint in Intervention within ten

20   days of the date of this order.  Defendant Allstar Fitness, LLC, shall then have twenty

21

22

1   days to answer or otherwise respond to the Ms. Martinez's complaint.

2          Dated this 9th day of January, 2011.

3

4

5          _____

6          JAMES L. ROBART
           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER- 3